IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADET GUEVARRA,<br><br>    Plaintiff,<br><br>  v.<br><br>SETON MEDICAL CENTER; CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD; and ROBERT DRESSER,<br><br>    Defendants.<br>_____/ | No. C 13-2267 CW<br><br>ORDER ADDRESSING PROOF OF SERVICE OF DEFENDANT SETON MEDICAL CENTER AND VACATING THE SEPTEMBER 12, 2013 HEARING |

    On May 17, 2013, Plaintiff Bernadet Guevarra filed a complaint against Defendants Seton Medical Center, California Unemployment Insurance Appeals Board (CUIAB) and Robert Dresser. Docket No. 1.  Dresser and CUIAB have appeared, filed a motion to dismiss Plaintiff's complaint and noticed the motion for hearing on Thursday, September 12, 2013.  Docket No. 14.  However, it appears from the docket that Plaintiff has not yet served Seton Medical Center.  Plaintiff has not filed proof of service upon this Defendant and a summons has not been issued a summons for it. See Docket No. 2 (summons addressed to Dresser and CUIAB only). Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is required to serve Seton Medical Center within 120 days of May 17, 2013, or by Monday, September 16, 2013.

    By September 16, 2013, Plaintiff must file either proof of service upon Seton Medical Center or a motion to extend time for service.  If Plaintiff files a motion to extend time for service, she shall provide good cause to explain her failure to serve this Defendant within 120 days after the complaint was filed.

Plaintiff is warned that, if she fails to comply with the terms of this Order, her claims against this Defendant will be dismissed for failure to prosecute.

The Court vacates the September 12, 2013 hearing on Dresser and CUIAB's motion to dismiss. The motion hearing will be reset, if necessary, after Seton Medical Center has been served or dismissed. The briefing schedule on the motion to dismiss is maintained.

IT IS SO ORDERED.

Dated: 8/15/2013

CLAUDIA WILKEN
United States District Judge